J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN COXSON, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BANK OF AMERICA HOME LOANS, a wholly owned subsidiary of BANK OF AMERICA N.A., a foreign corporation; BAC HOME LOANS SERVICING, LP; COUNTRYWIDE HOME LOANS, INC., a foreign corporation; COUNTRYWIDE BANK, N.A., a foreign corporation; COUNTRYWIDE FINANCIAL CORP., a foreign corporation; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-70CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-70CB; et al.,<br><br>  Defendants. | Case:  2:10-cv-00073-JCM-PAL<br><br>**JOINT MOTION TO EXTEND DEADLINES**<br><br>**(First Request)** |

Plaintiff Steven Coxson ("Plaintiff") and Defendants, Bank of America Home Loans, BAC Home Loans Servicing, LP, Countrywide Home Loans, Inc., Countrywide Bank, N.A., Countrywide Financial Corp., and The Bank of New York Mellon ("Defendants"), through their undersigned counsel of record, jointly move pursuant to Local Rules 6-1 and 26-4 for an order extending the discovery and case management deadlines.

The parties exchanged initial disclosure statements pursuant to Rule 26(a)(1)(A), but have conducted limited discovery.  The parties have been engaging in a settlement

dialogue and hope to continue that dialogue without incurring additional expense on discovery. Nonetheless, if the parties are unsuccessful in achieving a settlement, both sides intend to notice depositions and propound/respond to written discovery.

This is the parties' first request for an extension of deadlines, which they are making in good faith and not for the purpose of delaying this litigation. The parties seek to extend the deadlines primarily in order to further explore settlement of this case. The parties have conferred as to workable deadlines for both the completion of discovery and other deadlines, and propose the following new case deadlines in this matter:

1. **Discovery:** The discovery deadline will be September 22, 2010.

2. **Dispositive motions:** The dispositive motions deadline will be October 13, 2010.

3. **Pretrial Order**: The deadline for filing the joint pretrial order shall be November 12, 2010. Should the parties file a dispositive motion, this deadline shall be suspended until thirty days after decision of dispositive motions or further order of the Court. The parties shall negotiate a schedule for exchange of final lists of witnesses and exhibits, and any objections thereto, that will enable them to prepare a joint pretrial order in time to meet this deadline.

4. **Other deadlines:** All other deadlines set out in the Stipulated Discovery Plan and Scheduling Order dated March 4, 2010, (Dkt. # 29), remain the same.

Dated this 26th day of August, 2010.

| LEWIS AND ROCA LLP | CALLISTER & ASSOCIATES, LLC |
|---|---|
| /s/J. Christopher Jorgensen<br>J. Christopher Jorgensen<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>*Attorneys for Defendants* | /s/Brooke A. Bohlke<br>Brooke A. Bohlke<br>Matthew Q. Callister<br>823 Las Vegas Blvd. South, 5th Floor<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED this 30th day of August, 2010.

_____
Peggy A. Leen, U.S. Magistrate

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on counsel, listed below, on the 26th day of August 2010, through the court's electronic service system:

    Matthew Q. Callister, Esq.
    Brooke A. Bohlke, Esq.
    Callister & Associates, LLC
    823 Las Vegas Blvd. South, 5th Floor
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*

    */s/Emma M. Vega*
    an employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

2226838.1