J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN COXSON, et al., | Case:  2:10-cv-00073-JCM-PAL |
| Plaintiffs, | |
| vs. | |
| BANK OF AMERICA HOME LOANS, a wholly owned subsidiary of BANK OF AMERICA N.A., a foreign corporation; BAC HOME LOANS SERVICING, LP; COUNTRYWIDE HOME LOANS, INC., a foreign corporation; COUNTRYWIDE BANK, N.A., a foreign corporation; COUNTRYWIDE FINANCIAL CORP., a foreign corporation; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-70CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-70CB; et al., | **JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Steven Coxson ("Plaintiff") and Defendants, Bank of America Home Loans, BAC Home Loans Servicing, LP, Countrywide Home Loans, Inc., Countrywide Bank, N.A., Countrywide Financial Corp., and The Bank of New York Mellon ("Defendants"), stipulate that this lawsuit be dismissed with prejudice, each party to bear their own attorneys' fees and costs.  Because this stipulation of dismissal is signed by all parties who have appeared in this case, this stipulation is effective to dismiss the case without further action by the

Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (dismissal is effective without a Court order where it is signed by all parties who have appeared in a case).

In addition, several months ago the parties stipulated that during the pendency of this litigation, Mr. Coxson would continue to make his mortgage payments every month to the law firm representing him, Callister & Associates, LLC, in an interest bearing bank account. (*See* Dkt. Nos. 17 & 23). Given the parties' desire to jointly dismiss this lawsuit, with prejudice, those funds shall be released to Mr. Coxson, and Callister & Associates has permission to close the bank account.

Dated this October 4, 2010.

**LEWIS AND ROCA LLP**          **CALLISTER & ASSOCIATES, LLC**

*/s/J. Christopher Jorgensen*          */s/Brooke A. Bohlke*
J. Christopher Jorgensen          Brooke A. Bohlke
3993 Howard Hughes Parkway, Suite 600          Matthew Q. Callister
Las Vegas, NV 89169          823 Las Vegas Blvd. South, 5th Floor
*Attorneys for Defendants*          Las Vegas, NV 89101
          *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE
DATED: October 6, 2010

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2226838.1

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on counsel, listed below, on the 4th day of October 2010, through the court's electronic service system:

Matthew Q. Callister, Esq.
Brooke A. Bohlke, Esq.
Callister & Associates, LLC
823 Las Vegas Blvd. South, 5th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*

/s/Emma M. Vega
an employee of Lewis and Roca LLP